**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800

---

Daniel E. Straffi

---

| | |
|---|---|
| In re: | ) UNITED STATES BANKRUPTCY COURT<br>) FOR THE DISTRICT OF NEW JERSEY<br>)<br>) Chapter 7 Proceeding<br>) Case No. 26-14493/EJO<br>)<br>) STIPULATION EXTENDING DEADLINE<br>) TO FILE COMPLAINT OBJECTING TO<br>) DISCHARGE OR TO DETERMINE<br>) DISCHARGEABILITY OF DEBTS, AND<br>) TO EXTEND THE TIME FOR FILING<br>) MOTION TO DISMISS PURSUANT TO<br>) 11 U.S.C. §707(b) |
| MUELLER, ELIZABETH | |
| Debtor(s) | |

The first meeting creditors, having been scheduled, and the Debtor(s), by and through their attorney, having requested that the matter be adjourned, and the Trustee having agreed to adjourn the matter, Debtor(s), by and through counsel, do hereby agree that the deadline for the Trustee and the United States Trustee for filing a Complaint objecting to discharge pursuant to 11 U.S.C. §727, or for the filing of a Complaint of non-dischargeability pursuant to 11 U.S.C. §523, or for filing a motion seeking to dismiss the petition pursuant to 11 U.S.C. §707(b) be and hereby is extended for a period of ninety (90) days following the conclusion of the first meeting of creditors.

Dated: 6/10/26

DANIEL E. STRAFFI, TRUSTEE

Dated: June 10, 2026

ELIZABETH MUELLER
PRO SE DEBTOR(S)